PROB 12C
(6/16)

Report Date: December 12, 2017

# United States District Court

## for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 12, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert Soto                              Case Number: 0980 2:08CR06084-RHW-1

Address of Offender: ▉▉▉▉▉▉▉▉▉▉▉▉, Pasco, Washington 99301

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: March 2, 2010

Original Offense:  Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1); Possession of a Controlled Substance With Intent to Distribute, 21 U.S.C. § 841(a)(10; Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A);

Original Sentence:  Prison - 120 months; TSR - 60 months        Type of Supervision: Supervised Release

Asst. U.S. Attorney:  Alexander Carl Ekstrom        Date Supervision Commenced: November 1, 2017

Defense Attorney:  Federal Defenders Office        Date Supervision Expires: October 31, 2022

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: Mr. Soto's conditions were reviewed with him on November 8, 2017. He signed his conditions acknowledging an understanding of his conditions which includes mandatory condition number 2, as noted above. |
| | Mr. Soto violated his conditions of supervised release in Pasco, Washington, on or about December 4, 2017, by pleading guilty to disorderly conduct in Pasco Municipal Court. He was arrested on December 2, 2017, as Pasco Police were called out to reports that a male was yelling and trying to pick fights with people in the area of 4th Avenue and Sylvester Street in Pasco. He was eventually arrested without incident. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/12/2017

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

*Robert A. Whaley*
Signature of Judicial Officer

December 12, 2017
Date