Report Date: March 6, 2018

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# Mar 08, 2018

SEAN F. MCAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert Soto                          Case Number: 0980 2:08CR06084-RHW-1

Address of Offender: ██████████████████, Washington 99301

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: March 2, 2010

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1); Possession of a Controlled Substance With Intent to Distribute, 21 U.S.C. § 841(a)(10; Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A); |

| | | |
|---|---|---|
| Original Sentence: | Prison - 120 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ben Seal | Date Supervision Commenced: November 1, 2017 |
| Defense Attorney: | David Fletcher | Date Supervision Expires: October 31, 2022 |

---

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/12/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Soto's conditions of supervised release were reviewed with him on November 8, 2017. He signed his conditions acknowledging an understanding of his conditions which includes mandatory condition number 2, as noted above.<br><br>Mr. Soto violated his conditions of supervised release in Pasco, Washington, on or about March 4, 2018, by being charged with Destruction or Removal of Property. He was arrested on March 4, 2018, as Pasco police officers were called out to reports that a male was banging on the reporting party's front and back doors. Officers arrived and placed Mr. Soto under arrest. The doors that he was banging on had numerous dents and scuff marks from Mr. Soto, and photographs were taken for evidence. Mr. Soto has a hearing with Pasco Municipal Court on March 13, 2018. |

3          **Special Condition # 21**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Soto's conditions of supervision were reviewed with him on November 8, 2017. He signed his conditions acknowledging an understanding of his conditions which includes special condition number 21, as noted above.

Mr. Soto violated his conditions of supervised release in Pasco, Washington, on or about March 3, 2018, by consuming alcohol. As noted in the above alleged violation, Mr. Soto was arrested by Pasco Police for Destruction or Removal of Property. The responding Pasco Police officers noticed an order of intoxicants coming from Mr. Soto, and took him to the hospital to get medically cleared before being booked into jail. Mr. Soto was verbally aggressive towards the officers and doctors, and was eventually cleared and booked into jail.

Mr. Soto bailed out of jail on March 4, 2018, and reported to the U.S. Probation Office in Richland on March 5, 2018. He signed an admission report, admitting to consuming alcohol on March 3, 2018.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     03/06/2018
_____

s/Daniel M. Manning
_____

Daniel M. Manning
U.S. Probation Officer

---

THE COURT ORDERS
[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

3/8/2018
_____
Date