PROB 12C
(6/16)

Report Date: November 13, 2020

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 17, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Robert Soto | Case Number: 0980 2:08CR06084-RHW-1 |
| Address of Offender: , Pasco, Washington 99301 | |

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: March 2, 2010

| | |
|---|---|
| Original Offense: | Ct. 1: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)<br>Ct. 2: Possession of a Controlled Substance With Intent to Distribute, 21 U.S.C. § 841(a)(10)<br>Ct. 3: Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A) |
| Original Sentence: | Prison - 120 M; TSR - 60 M |
| | Type of Supervision: Supervised Release |
| Revocation Sentence: (June 6, 2018) | Prison - 60 days; TSR - 43 M |
| Asst. U.S. Attorney: | Ben Seal |
| | Date Supervision Commenced: July 18, 2018 |
| Defense Attorney: | Scott Etherton |
| | Date Supervision Expires: October 31, 2022 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1         **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

          **Supporting Evidence**: Mr. Soto is considered to be in violation of his conditions of supervised release by being charged with first degree robbery inflicting bodily injury on November 10, 2020, Franklin County Superior Court case number 20-1-50623-11.

          Mr. Soto commenced his most recent term of supervised release on July 18, 2018. On July 20, 2018, Mr. Soto's conditions of supervision were reviewed with him. He signed a copy of his judgement acknowledging an understanding of his conditions, including mandatory condition number 1, as noted above.

          On November 10, 2020, the undersigned officer was notified Mr. Soto was contacted by the Pasco Police department at approximately 3:07 a.m. Initial reports indicated Mr. Soto was

Prob12C  
Re: Soto, Robert  
November 13, 2020  
Page 2

implicated in a robbery and assault situation. Police reports were requested and received on November 12, 2020.

According to police reports, Pasco police responded to a call for a disturbance that occurred near Interstate-182 and U.S. Highway 395 in Pasco, Washington. The victim, who was identified as Mr. Soto's sister, explained she had been giving Mr. Soto a ride and he was acting very paranoid.

The responding officer advised he had previously dealt with Mr. Soto throughout the night of November 10, 2020, and indicated Mr. Soto had been running in the streets and calling 911 multiple times. The officer advised he had tried to get Mr. Soto to go to the hospital to get some medical help. The officer even had the medics respond and contact Mr. Soto, but Mr. Soto refused to go with them as he did not want to be placed in soft restraints. Mr. Soto had then called his sister, the victim, to pick him up. She arrived and Pasco police left the call.

The victim informed officers that after she picked up Mr. Soto from this previous contact, he was continuing to act paranoid. Mr. Soto was fidgeting in the car and grabbed the victim's steering wheel multiple times, prompting the victim to pull over on the side of the highway and stop her car. Once the car was stopped, Mr. Soto got out of the car and began running across the interstate and was trying to take his shirt off while running. The victim reported Mr. Soto then ran back to the car and began pulling on the driver's side door handle attempting to get in the vehicle but could not as the victim locked the doors. The victim also reported she turned off the ignition. Mr. Soto then began hitting the back window of the car. Due to this, the victim unlocked the vehicle as she did not want her windows broken. Once unlocked, Mr. Soto opened the door, grabbed the victim and pulled her out of the car. Mr. Soto then threw the victim onto the ground on the highway causing physical pain to her side. Mr. Soto then got into the victim's vehicle and drove away. The victim stated Mr. Soto did not have permission to take her car and she wanted to report it as stolen. The victim stated she did not need to get further medical assistance as she was just sore.

The victim's vehicle was located in the 3000 block of West Agate Street in Pasco, Washington. The victim and Mr. Soto's mother confirmed that the vehicle was parked by a friend of Mr. Soto's. Pasco police went to this location and contacted the owner, who confirmed Mr. Soto was in the residence. The homeowner reported Mr. Soto was inside, yelling and causing a disturbance. The homeowner and their family were able to get outside of the residence while Mr. Soto remained inside. Officers were calling over the PA system for Mr. Soto to exit the residence, but he remained inside.

Containment was set on the house and the SWAT team responded to the residence, who were able to eventually call Mr. Soto out of the house and place him in custody. Mr. Soto was taken to Lourdes Hospital for medical clearance and then booked into the Franklin County Jail. His next court date is scheduled for November 17, 2020, for an initial arraignment in Franklin County Superior Court.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

Prob12C
**Re: Soto, Robert**
**November 13, 2020**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/13/2020

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Robert A. Whaley*

Signature of Judicial Officer

11/17/2020

Date